NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 04-1695

NITA VIDRINE

VERSUS

BROOKSHIRE BROTHERS, LTD. D/B/A SUPER ONE FOODS

**********

APPEAL FROM THE
TWENTY-SEVENTH JUDICIAL DISTRICT COURT
PARISH OF ST. LANDRY, NO. 02-C-2757-B
HONORABLE AARON FRANK MCGEE, DISTRICT JUDGE

**********

BILLY HOWARD EZELL
JUDGE

**********

Court composed of Michael G. Sullivan, Billy Howard Ezell, and J. David Painter, Judges.

AFFIRMED.

Charles J. Foret
Briney & Foret
P. O. Drawer 51367
Lafayette, LA 70505
(337) 237-4070
Counsel for Defendant/Appellee:
Brookshire Brothers, Ltd.

**Anthony Francis Salario**
**P.O. Box 1200**
**Marksville, LA 71351**
**(318) 253-6587**
**Counsel for Plaintiff/Appellant:**
**Nita Vidrine**

**Daniel L. Hoychick**
**Attorney at Law**
**P. O. Box 4432**
**Lafayette, LA 70502-4432**
**(337) 233-9995**
**Counsel for Plaintiff/Appellant:**
**Nita Vidrine**